DECISIONS PER CURIAM, FROM JANUARY 12, 1926, TO AND INCLUDING APRIL 12, 1926, OTHER THAN DECISIONS ON PETITIONS FOR WRITS OF CERTIORARI.

No. 387. ARTHUR VANDERBILT AND GEORGE WILSON, RECEIVERS OF THE SOUTHERN COTTON OIL COMPANY, *v.* ATLANTIC COAST LINE RAILROAD COMPANY. Error to the Supreme Court of the State of North Carolina. Motion to dismiss submitted January 11, 1926. Decided January 18, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code as amended by the Act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Fullerton-Krueger Lumber Co.* v. *Northern Pac. Ry. Co.,* 266 U. S. 435, 436, *Mr. Thomas W. Davis* for the defendant in error, in support of the motion. *Mr. Harry W. Van Dyke* for plaintiffs in error, in opposition thereto.